IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) Civil Action No.: 1:07-CV-1081 |
| | ) JURY TRIAL DEMANDED |
| MICHAEL W. FLINN and ELIZABETH | ) |
| J. FLINN, | ) |
| | ) |
| DEFENDANTS. | ) |

## COMPLAINT

COMES NOW the Plaintiff, Cathryn D. Flinn, by and through her counsel, and hereby files and submits this complaint against Defendants Michael W. Flinn and Elizabeth J. Flinn, stating as follows:

### *Jurisdiction*

1. The Plaintiff is a resident citizen of Dothan, Houston County, Alabama.

2. The Defendants are resident citizens of Coffee County, Alabama and are both over the age of nineteen (19) years.

3. This action is filed pursuant to Title 15 U.S.C. § 1681(n).

4. The Plaintiff's claim for damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs.

### *Count I*
### *Willful Noncompliance with the Fair Credit Reporting Act*

5. Plaintiff realleges paragraphs 1 through 14 above as if specifically set out herein.

6. Between January, 2004 and June, 2007, the Defendants obtained consumer reports maintained by Equifax pertaining to the Plaintiff on at least eighty-seven (87)

separate occasions.

7. The Defendants obtained the consumer reports of the Plaintiff under false pretenses on each occasion or knowingly without any permissible purpose.

8. On or about the 7th day of June, 2007, the Plaintiff discovered the fact that consumer reports pertaining to her credit history had been obtained without her authorization under false pretenses.

9. The Plaintiff has been constantly worried about the security of her credit and her credit history. The Plaintiff's worry has caused great emotional distress and mental anguish, resulting in loss of sleep and caused significant distraction to her attention and has also significantly interfered with her enjoyment of life.

10. The aforesaid damages were the proximate result of the Defendants' violation of the aforesaid act.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Two Hundred Thousand Dollars ($200,000.00) as both compensatory and punitive damages, together with reasonable attorney's fees and costs of this action.

### Count II
### *Negligent Noncompliance with the Fair Credit Reporting Act*

11. Plaintiff realleges paragraphs 1 through 10 above as if specifically set out herein.

12. Between January, 2004 and June 2007, the Defendants obtained consumer reports maintained by Equifax pertaining to the Plaintiff on at least eighty-seven (87) separate occasions.

13. When the Defendants obtained the consumer reports, they negligently failed to comply with the Fair Credit Reporting Act.

14. On or about the 7th day of June, 2007, the Plaintiff discovered the fact that the Defendants obtained her credit history without her authorization in violation of the Act.

15. The Plaintiff has been constantly worried about the security of her credit and her credit history. The Plaintiff's worry has caused great emotional distress and mental anguish, resulting in loss of sleep and caused significant distraction to her attention and has also significantly interfered with her enjoyment of life.

16. The aforesaid damages were the proximate result of the Defendants' violation of the aforesaid act.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Two Hundred Thousand Dollars ($200,000.00) as both compensatory and punitive damages, together with reasonable attorney's fees and costs of this action.

### *Count III*
### *State Law Claim*
### *Invasion of Privacy*

17. Plaintiff realleges paragraphs 1 through 16 above as if specifically set out herein.

18. The actions of the Defendants obtaining the Plaintiff's credit files constitute an invasion of privacy in that the actions of the Defendants constitute a wrongful intrusion into the Plaintiff's physical solitude or seclusion of the Plaintiff and/or constitute obtaining private information about the Plaintiff that violates ordinary decency.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of Two Hundred Thousand Dollars ($200,000.00) as both compensatory and punitive damages together with reasonable attorney's fees and costs of this action.

LEE & McINISH, P.C.

_____
Peter A. McInish           (MCI005)
pmcinish@leeandmcinish.com

_____
William W. Nichols         (NIC027)
wnichols@leeandmcinish.com

OF COUNSEL:
*Lee & McInish, P.C.*
*Attorneys for Plaintiff*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

**Plaintiffs demand a Trial by struck jury.**

_____
Peter A. McInish
*Attorney for Plaintiff*

**Please serve Defendants via Certified mail as follows:**

Michael W. Flinn
607 Tartan Way
Enterprise, Alabama 36330

Elizabeth J. Flinn
607 Tartan Way
Enterprise, Alabama 36330

en
en
en
en
en
en

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001532
Cashier ID: brobinso
Transaction Date: 12/12/2007
Payer Name: LEE AND MCINISH PC
------------------------------------
CIVIL FILING FEE
 For: LEE AND MCINISH PC
 Case/Party: D-ALM-1-07-CV-001081-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 33255
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FLINN V. FLINN ET AL