IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv1081 |
| ) | |
| MICHAEL W. FLINN and ELIZABETH, ) | |
| J. FLINN, ) | |
| ) | |
| DEFENDANTS. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Cathryn D. Flinn, by and through her undersigned counsel, pursuant to Fed.R.Civ.P. 7.1 and this Court's Order of December 14, 2007, and submits the following conflict disclosure statement:

1. Plaintiff Cathryn D. Flinn is an individual not subject to the disclosure requirements of Fed.R.Civ.P. 7.1. As an individual, she has no parent companies, subsidiaries, partners, limited liability company members, trustees or affiliates.

Respectfully submitted,

*/s/ Peter A. McInish*
Peter A. McInish          (MCI005)
pmcinish@leeandmcinish.com


*/s/ William W. Nichols*
William W. Nichols        (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
*Lee & McInish, P.C.*
*Attorneys for Plaintiff*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

---

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **NONE;** and I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants:

 Michael W. Flinn
 607 Tartan Way
 Enterprise, Alabama 36330

 Elizabeth J. Flinn
 607 Tartan Way
 Enterprise, Alabama 36330

                 /s/William W. Nichols
                 Of Counsel