UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, | § 2008 JAN -7 A 9:32 |
| PLAINTIFF, | § |
| VS. | § CIVIL ACTION NO: 1:07-CV-1081-CSC |
| MICHAEL W. FLINN AND ELIZABETH J. FLINN, | § |
| | § |
| DEFENDANTS. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Michael W. Flinn and Elizabeth J. Flinn, Defendants in the above-captioned matter, and in accordance with the Order of this Court, makings the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

CASSADY & CASSADY, LLP

BY: _____
Joe C. Cassady, Jr. (CAS010)
Attorneys for Defendant

Post Office Box 311730
Enterprise, Alabama 36331
(334) 393-0351

## CERTIFICATE OF SERVICE

I, Joe C. Cassady, Jr., hereby certify that I have served a copy of the foregoing Pleading upon Mr. Peter A. McInish, Attorney at Law and Mr. William W. Nichols, Attorney at Law, Post


Office Box 1665, Dothan, Alabama 36302, by placing same in first class U.S. Mail, properly addressed and postage prepaid, on this the ___4___ day of ___Jan_____, 2008.

_____
JOE C. CASSADY, JR.