IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:07CV1081-CSC |
| MICHAEL W. FLINN, | ) ) ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

1-31-2008
Date

Signature

Cathyrn D. Flinn
Counsel For (**print** name of all parties)

P. O. Box 1665 Dothan, Ala. 36302
Address, City, State Zip Code

334-792-4156
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

SCANNED