IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:07CV1081-CSC |
| | ) |
| MICHAEL W. FLINN, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_1-28-08_
Date

_/s/ Joe C. Cassady_
Signature

Michael W. Flinn and Elizabeth J. Flinn
Counsel For (**print** name of all parties)

Post Office Box 311730, Enterprise, AL 36331
Address, City, State Zip Code

(334) 393-0351
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**