IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CATHRYN D. FLINN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | Case No.: 1:07-CV-1081-CSC |
| | ) | |
| MICHAEL W. FLINN and ELIZABETH J. FLINN, | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

**PROPOSED DISCOVERY PLAN**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone between Peter A. McInish and William W. Nichols, counsel for the Plaintiff, Cathryn D. Flinn, and Joe C. Cassady, Jr., counsel for Defendant Michael W. Flinn and Elizabeth J. Flinn. The parties certify that during the meeting they agreed on the following proposed discovery plan:

   1.   **PRE-DISCOVERY DISCLOSURES.**

The parties will make their Rule 26(a)(1) initial disclosures three (3) weeks from the date of this plan.

   2.   **DISCOVERY PLAN**.

   A.   Discovery will be needed on the Plaintiff's claims and the Defendant's defenses.

   B.   All discovery shall be commenced in time to be completed by April 2, 2008.

      C.    A maximum of fifty (50) interrogatories by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

      D.    A Maximum of thirty-five (35) request for admissions by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

      E.    A maximum of twenty-five (25) request for production of documents by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

      F.    A maximum of eight (8) depositions by Plaintiff and eight (8) depositions by the Defendants.

      G.    Reports from retained experts under Rule 26(a)(2) shall be due:

           1.    From Plaintiffs by May 20, 2008.

           2.    From Defendants by June 20, 2008.

      H.    Supplementations under Rule 26(e) are due within thirty (30) days of identification.

**3.    OTHER ITEMS.**

      A.    The parties do not request a conference with the Court before entry of the scheduling order.

      B.    The parties request a pretrial conference in August of 2008.

      C.    Plaintiffs should be allowed until May 20, 2008 to join additional parties and May 27, 2008 to amend pleadings.

D.	Defendants should be allowed until June 20, 2008 to join additional parties and June 27, 2008 to amend pleadings.

E.	All potentially dispositive motions should be filed no later than ninety (90) days prior to the pretrial hearing.

F.	Settlement cannot be evaluated prior to the close of discovery.

G.	Final lists of witnesses and exhibits shall be due thirty (30) days before trial.

H.	Parties shall have fifteen (15) days after service of final lists of witnesses and exhibits to list objections.

I.	The case should be ready for trial by October 20, 2008 and is expected to take approximately two (2) days.

Respectfully submitted this 13th day of February, 2008.

_s/ *Peter A. McInish*_____
PETER A. McINISH	(MCI005)
*Attorney for Plaintiff, Cathryn Flinn*
LEE & McINISH, ATTORNEYS
238 West Main Street  (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334)794-8342
Email: pmcinish@leeandmcinish.com

s/ *William W. Nichols*_____
WILLIAM W. NICHOLS (NIC027)
*Attorney for Plaintiff, Cathryn Flinn*
LEE & McINISH, ATTORNEYS
238 West Main Street  (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
Email: wnichols@leeandmcinish.com

s/ *Joe C. Cassady, Jr.*_____
JOE C. CASSADY, JR.	(CAS010)
*Attorney for Defendants Flinn*
CASSADY & CASSADY, LLP
Post Office Box 311730
Enterprise, Alabama 36331
Telephone (334) 393-0351
Facsimile (334) 393-0354
Email: joecjr@entercomp.com