IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL CASE NO.: 1:07cv1081 |
| ) | |
| MICHAEL W. FLINN and ELIZABETH, ) | |
| J. FLINN, ) | |
| ) | |
| DEFENDANTS. ) | |

**REQUEST FOR MEDIATION**

Comes now the Plaintiff, Cathryn D. Flinn, and respectfully moves the Court for an order referring this case to an appropriate Magistrate Judge for mediation pursuant to this District's Voluntary Mediation Program. In support of this Motion, the Plaintiff states as follows:

1.  Counsel for the Plaintiff and the Defendants have agreed to mediate the above case in an effort to reach a settlement.

2.  Both parties are agreeable to a Magistrate Judge mediating the case as part of this District's Voluntary Mediation Program that resumed on October 1, 2007.

WHEREFORE, based upon the foregoing, the undersigned respectfully request that the case be referred for mediation by a Magistrate Judge and for such information and/or instructions as the Court deems appropriate to participate in the Voluntary Mediation Program.

Respectfully submitted,

*/s/ Peter A. McInish*
Peter A. McInish          (MCI005)
pmcinish@leeandmcinish.com

        /s/ William W. Nichols
William W. Nichols   (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
*Lee & McInish, P.C.*
*Attorneys for Plaintiff*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 8, 2008**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **Joe C. Cassady, Jr.;** and I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants: **NONE.**


        /s/William W. Nichols
        Of Counsel