IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CATHRYN D. FLINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07CV1081-CSC |
| | ) | |
| MICHAEL W. FLINN, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Now pending before the court is the April 8, 2008, request for mediation, in which the plaintiff requests that this court enter an order setting mediation in this case. (Doc. No. 13.) On April 10, 2008, an order was entered setting a mediation conference on May 14, 2008. (Doc. No. 14.) Accordingly, it is

ORDERED that the motion for mediation be and is hereby DENIED as moot.

Done this 11th day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE