IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv1081-CSC |
| | ) |
| MICHAEL W. FLINN and | ) |
| ELIZABETH J. FLINN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is hereby

ORDERED that the mediation previously scheduled for May 14, 2008 is **rescheduled** for 8:30 a.m. on Monday, May 12, 2008.

DONE, this 24th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE