IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CATHRYN D. FLINN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL CASE NO.: 1:07cv1081 |
| | ) | |
| MICHAEL W. FLINN and ELIZABETH J. FLINN, | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff and the Defendants, through their undersigned attorneys and stipulate and agree that is case shall be dismissed with prejudice with each party to bear their respective costs.

Respectfully submitted this 15th day of May, 2008.

**LEE & MCINISH, P.C.**

*s/Peter A. McInish*
Peter A. McInish          (MCI005)
pmcinish@leeandmcinish.com


*s/William W. Nichols*
William W. Nichols          (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
*Lee & McInish, P.C.*
*Attorneys for Plaintiff*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156

                                            **CASSADY & CASSADY, LLP**

                                        ***s/Joe C. Cassady, Jr.***
                                        Joe C. Cassady, Jr.        (CAS010)
                                        joecjr@entercomp.com

**OF COUNSEL:**
*Cassady & Cassady, LLP*
*Attorney for Defendants*
117 S. Main Street (36330)
Post Office Box 311730
Enterprise, Alabama 36331
Telephone (334) 393-0351